No. 73–6790. MIRIN *v.* CLARK COUNTY TAXICAB AUTHORITY ET AL. Sup. Ct. Nev. Certiorari denied.

No. 73–6792. HURST, AKA SHULTZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6793. MONTGOMERY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6794. COOPER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6796. BAILEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6797. SINGLETON *v.* ATKINS, ACTING WARDEN. C. A. 10th Cir. Certiorari denied.

No. 73–6798. REED *v.* CARLYLE & MARTIN, INC., ET AL. Sup. Ct. Va. Certiorari denied.

No. 73–6799. HOLDEN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 73–6801. HUBBARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6802. VARACALLI *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 73–6806. SOTELO ET UX. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied.

No. 73–6808. ALVAREZ *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.